UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| GLOBE AMERICAN CASUALTY CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:07-cv-232 |
| | ) | |
| RONALD DAVIS, BOBBY CROSS, TRACY | ) | |
| LANNING, ANDREW LANNING, E.L., | ) | Chief District Judge Curtis L. Collier |
| DEBORAH LANNING, RONNIE LANNING, | ) | |
| and BRANDI LANNING, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 11, 2008, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 34). Neither party has objected to the R&R within the given ten (10) days.

After reviewing the record, this Court agrees with the R&R. This Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, this Court **ORDERS**:

(1) Plaintiff Globe American Casualty Co.'s ("Globe's") claims against defendant Ronald Davis ("Davis") and defendant Bobby Cross ("Cross") be **SEVERED** from its claims against all other Defendants under Fed. R. Civ. P. 21;

(2) The order of reference as to Globe's claims against Davis and Cross (Court File No. 27) be **WITHDRAWN**;

(3) Globe's motion for entry of a default judgment against Davis pursuant to Fed. R. Civ. P. 55(b) (Court File No. 23) be **GRANTED** and any interest or entitlement by Davis to the funds deposited by Globe into the registry of this Court be **TERMINATED**; and,

(4) Globe's motion for entry of a default judgment against Cross, pursuant to Fed. R.

Civ. P. 55(b) (Court File No. 25) be **GRANTED** and any interest or entitlement by Cross to the funds deposited by Globe into the registry of this Court be **TERMINATED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**